UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
DUSTIN WAYNE POPP
TRACIE ANN POPP  CASE NO. 13-82988

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Federal National Mortgage Assoc.　　　　**Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 9358 / 5270

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $561.18 |
| Amount Paid by Trustee | $561.18 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/12/19　　　　　　　　　　/s/Lydia S. Meyer
　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee
　　　　　　　　　　　　　　　　　308 W. State St., Suite 212
　　　　　　　　　　　　　　　　　Rockford, IL  61101

Certificate of Service
　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of March, 2019

Dated: 3/12/19　　　　　　　　　　/s/Cynthia K. Burnard

FEDERAL NAT'L MORTG. ASSOC. (FANNIE MAE)
% SETERUS INC
PO BOX 2206
GRAND RAPIDS, MI 49501-2206

CITIMORTGAGE INC.
BANKRUPTCY DEPT.
PO BOX 9438
GAITHERSBURG, MD  20898-9438

FEDERAL NATIONAL MORTGAGE ASSOCIATION
(FANNIE MAE) creditor % SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI 49501-2008

CITIMORTGAGE INC.
PO BOX 6030
SIOUX FALLS, SD 57117-6030

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

DANA O'BRIEN
C/O PIERCE & ASSOCIATES, P.C.
1 N. DEARBORN ST. STE. 1300
CHICAGO, IL 60602

DUSTIN WAYNE POPP
TRACIE ANN POPP
104 MAIN STREET
LINDENWOOD, IL  61049

GERACI LAW LLC
55 E MONROE  #3400
CHICAGO, IL  60603